OPHIR JOHNA (SBN 228193)
ojohna@maynardcooper.com
MAYNARD, COOPER & GALE LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 596-4364

Attorneys for Defendant
Primerica Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:21-CV-01106-JAM-DMC<br><br>(Honorable John A. Mendez)<br><br>**STIPULATION AND ORDER RE PLAINTIFF'S WITHDRAWAL OF CLAIM FOR EMOTIONAL DISTRESS DAMAGES**<br><br>Complaint filed: 6/22/21 |

  Plaintiff Shirley Duncan ("Plaintiff") and defendant Primerica Life Insurance Company ("Primerica"), by and through their counsel of record, hereby enter into the following stipulation:

  1. WHEREAS, on June 22, 2021, Plaintiff filed her Complaint in this action (Doc. No. 1);

  2. WHEREAS, Plaintiff's Complaint asserts causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing arising out of the denial of her claim for life insurance benefits under a policy issued to her deceased husband;

  3. WHEREAS, the Complaint prays for recovery of general damages for emotional distress in connection with Plaintiff's claim for breach of the implied covenant of good faith and fair dealing;

  4. WHEREAS, in her interrogatory responses, Plaintiff asserted that Primerica's denial of her insurance claim caused her to suffer emotional distress in part due to financial stress;

  5. WHEREAS, Primerica propounded requests for production of Plaintiff's financial records, including tax returns, in connection with her claim for emotional distress damages, and Plaintiff objected;

  6. WHEREAS, Primerica moved to compel Plaintiff's production of her financial records, and Plaintiff opposed the motion;

  7. WHEREAS, on March 23, 2022, the Court granted Primerica's motion to compel and ordered Plaintiff to produce her financial records, including tax returns (Doc. No. 19);

  8. WHEREAS, as a result, Plaintiff decided and agreed to waive any and all emotional distress damages sought in this action, and to withdraw any and all claims for emotional distress damages;

  9. NOW, THEREFORE, the parties STIPULATE and AGREE that Plaintiff's claim and prayer for emotional distress damages, including but not limited

to the damages alleged at paragraph 31 of the Complaint and paragraph 2 of the Prayer, hereby are irrevocably waived and withdrawn in their entirety, regardless of whether those claimed damages have yet been pled in this action. The parties agree that although they will seek the Court's approval, Plaintiff's above-described waiver and withdrawal are effective immediately and are not dependent on approval by the Court;

10. The parties further STIPULATE and AGREE that in light of Plaintiff's irrevocable waiver of her claim for emotional distress, Plaintiff does not have to comply with Section C. of the Court's Order of March 23, 2022. Specifically, Plaintiff is no longer required to produce documents in response to Primerica's Requests Nos. 48 – 65.

**IT IS SO STIPULATED.**

DATED: April 4, 2022  MAYNARD, COOPER & GALE LLP

By: /s/ Ophir Johna
Ophir Johna
Attorneys for Defendant
Primerica Life Insurance Company

DATED: April 4, 2022

By: /s/ Daniel S. Glass (as authorized on 4/4/22)
Daniel S. Glass
Attorney for Plaintiff Shirley Duncan

**IT IS SO ORDERED.**
**Dated: April 6, 2022**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE