OPHIR JOHNA (SBN 228193)
ojohna@maynardcooper.com
MAYNARD, COOPER & GALE LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: (310) 596-4500

Attorneys for Defendant
Primerica Life Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:21-CV-01106-JAM-DMC<br><br>(Honorable John A. Mendez)<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT HEARING RE (1) PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS AND (2) DEFENDANT PRIMERICA LIFE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER; ORDER GRANTING REQUEST**<br><br>Hearing Date:　May 25, 2022<br>Hearing Time:　11:00 a.m.<br>Courtroom:　　302<br><br>*[FOR HEARING BY MAGISTRATE JUDGE DENNIS M. COTA]*<br><br>Complaint filed: 6/22/21 |

Plaintiff Shirley Duncan ("Plaintiff") and defendant Primerica Life Insurance Company ("Primerica") hereby jointly request permission from this Court to appear telephonically at the hearing on (1) Plaintiff's motion to compel depositions [Doc. No. 23] and (2) Primerica's motion for protective order [Doc. No. 25], both of which are scheduled for May 25, 2022 at 11:00 a.m.  (Both motions address identical issues and can be heard simultaneously.)  The request is based on counsel's distance from the courthouse.

Counsel for Primerica is located in the Los Angeles area.  Personal appearance at the hearing would require counsel to travel to Redding the day before the hearing, stay overnight, attend the hearing, and then travel to Sacramento by car for a return flight in the early evening.

Counsel for Plaintiff is located in Sacramento.  Personal appearance at the hearing would require counsel to travel to and from Redding by car, consuming most of the day.

Both counsel believe a telephonic hearing would be more economic and efficient.  Thus, counsel jointly request this Court's permission to appear at the hearing telephonically.

DATED:  May 17, 2022

LAW OFFICES OF DANIEL S. GLASS

By: /s/ Daniel S. Glass (as authorized on 5/16/22)
Daniel S. Glass
Attorneys for Plaintiff Shirley Duncan

DATED:  May 17, 2022

MAYNARD, COOPER & GALE LLP

By: /s/ Ophir Johna
Ophir Johna
Attorneys for Defendant Primerica Life Insurance Company

**ORDER**

FOR GOOD CAUSE SHOWN BASED ON COUNSELS' DISTANCE FROM THE REDDING COURTHOUSE, THE JOINT REQUEST IS GRANTED. COUNSEL MAY ARRANGE TELEPHONIC APPEARANCES THROUGH COURTCALL.

IT IS SO ORDERED.

Dated: May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE