# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:21-CV-01106-JAM-DMC<br><br>(Honorable John A. Mendez)<br><br>**ORDER SETTING DISPOSITIVE MOTION BRIEFING SCHEDULE AND CONTINUING PRETRIAL CONFERENCE AND TRIAL**<br><br>Complaint filed:  6/22/21 |

Having reviewed the stipulation filed by plaintiff Shirley Duncan and defendant Primerica Life Insurance Company (collectively, the "Parties") to set a briefing schedule for their cross-motions for summary judgment and to continue the pretrial conference and trial, and GOOD CAUSE APPEARING, the Court hereby approves the stipulation and ORDERS as follows:

1. Plaintiff's motion for summary judgment shall be filed on or before 10/13/2022;

2. Defendant's opposition and cross-motion for summary judgment shall be filed on or before 11/3/2022;

3. Plaintiff's reply and opposition shall be filed on or before 11/17/2022;

4. Defendant's reply shall be filed on or before 12/1/2022;

5. The Cross-Motions shall be noticed for hearing on 1/10/2023 at 1:30 PM;

6. The Pretrial Conference set is continued to 3/3/2023 at 10:00 AM; and

7. The Jury Trial is continued to 4/24/2023 at 9:00 AM.

IT IS SO ORDERED.

DATED: October 11, 2022        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE