OPHIR JOHNA (SBN 228193)
ojohna@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  (310) 596-4364

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
BLutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California  94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:21-CV-01106-JAM-DMC<br><br>(Honorable John A. Mendez)<br><br>**STIPULATION AND ORDER RESETTING JUNE 27, 2023 HEARINGS RE BILLS OF COSTS [DOC. 47, 48], PRIMERICA'S MOTION TO VACATE [DOC. 55], AND PLAINTIFF'S MOTION TO SUBSTITUTE PARTY [DOC. 61] TO JULY 11, 2023**<br><br>Complaint filed:　　　06/22/21 |

TO THE HONORABLE COURT:

Plaintiff Shirley Duncan (deceased; motion to substitute pending) and defendant Primerica Life Insurance Company ("Primerica") hereby enter into the following stipulation:

WHEREAS, Plaintiff's Motion to Substitute Party [Doc. 61] has been set for hearing on June 27, 2023;

WHEREAS, on May 30, 2023, the Court reset the hearings on the following matters to June 27, 2023:

Primerica's Bill of Costs [Doc. 47];

Plaintiff's Bill of Costs [Doc. 48];

Primerica's Motion to Vacate the Summary Judgment Order and Judgment [Doc. 55];

WHEREAS, Primerica's counsel is scheduled to be out of the country on June 27, 2023, and Plaintiff's counsel has agreed to accommodate Primerica's counsel's unavailability;

WHEREAS, on June 7, 2023, the Courtroom Deputy for this Court advised the parties that the hearings on all of the above matters may be reset to July 11, 2023, at 1:30 p.m., and instructed the parties to file a stipulation and proposed order to that effect;

NOW, THEREFORE, the parties stipulate and request that the Court reset the hearings on the following matters to **July 11, 2023**, at **1:30 p.m.**, with the hearings taking place in person in Courtroom 6, 14th Floor, before Senior District Judge John A. Mendez:

Plaintiff's Motion to Substitute Party [Doc. 61];

Primerica's Bill of Costs [Doc. 47];

Plaintiff's Bill of Costs [Doc. 48];

Primerica's Motion to Vacate the Summary Judgment Order and Judgment [Doc. 55].

IT IS SO STIPULATED.

DATED: June 7, 2023                                    MAYNARD NEXSEN LLP

By: /s/ Ophir Johna
Ophir Johna
Attorneys for Defendant
Primerica Life Insurance Company

DATED: June 7, 2023

By: /s/ Daniel S. Glass (as authorized on 6/7/23)
Daniel S. Glass
Attorney for Plaintiff Shirley Duncan

## ORDER

Having reviewed the above stipulation, and GOOD CAUSE APPEARING, the Court hereby ORDERS as follows:

The hearings on the following matters are **RESET** to **July 11, 2023**, at **1:30 PM**, in person, in Courtroom 6, 14th Floor, before Senior District Judge John A. Mendez:

Defendant's Bill of Costs [Doc. 47];

Plaintiff's Bill of Costs [Doc. 48];

Defendant's Motion to Vacate the Summary Judgment Order and Judgment [Doc. 55];

Plaintiff's Motion to Substitute Party [Doc. 61].

IT IS SO ORDERED.

Dated: June 08, 2023          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE