OPHIR JOHNA (SBN 228193)
ojohna@maynardnexsen.com
MAYNARD NEXSEN PC
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: (310) 596-4364

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ (SBN 255976)
BLutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
Primerica Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DUNCAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:21-CV-01106-JAM-DMC<br><br>**ORDER VACATING SUMMARY JUDGMENT ORDER AND JUDGMENT** |

Defendant Primerica Life Insurance Company filed an Unopposed Motion to Vacate the Court's Summary Judgment Order and Judgment as a Condition of Settlement (the "Motion"). Dkt. 68. Having considered the Motion and Fed. R. Civ. P. 60(b), the Court ORDERS:

- The Motion is **GRANTED**;

- The Court **VACATES** the Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment and Granting in Part and Denying Part Defendant's Motion for Summary Judgment (Dkt. 44); and
- The Court **VACATES** the Judgment (Dkt. 45).

The Parties shall file a joint stipulation and proposed order dismissing this case **within five (5) business days** of the issuance of this Order.

**IT IS SO ORDERED.**

Dated: June 16, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE