MAYNARD NEXSEN PC
OPHIR JOHNA, SBN 228193
OJohna@maynardnexsen.com
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310.595.4364
Facsimile:  205.254.1999

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
BLutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California  94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant
Primerica Life Insurance Company

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DUNCAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 2:21-CV-01106-JAM-DMC<br><br>**STIPULATION DISMISSING CASE**<br><br>Complaint filed: 6/22/21 |

The parties having settled this action conditioned on the Court's vacatur of its February 13, 2023 summary judgment order (Doc. 44) and February 16, 2023 judgment (Doc. 45) pursuant to *Ringsby Truck Lines, Inc. v. W. Conf. of Teamsters*, 686 F.2d 720 (9th Cir. 1982), and the Court having granted such vacatur on June 16, 2023 (Doc. 70), the parties hereby stipulate that the action be dismissed in its entirety.

Dated: June 27, 2023     GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brian M. Lutz*
    Brian M. Lutz

Dated: June 27, 2023     MAYNARD NEXSEN LLP

By: */s/ Ophir Johna* (as authorized on June 27, 2023)
    Ophir Johna

Attorneys for Defendant Primerica Life Insurance Company

Dated: June 27, 2023     LAW OFFICES OF DANIEL S. GLASS

By: */s/ Daniel S. Glass* (as authorized on June 27, 2023)
    Daniel S. Glass
    Attorney for Plaintiff Shirley Duncan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DUNCAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:21-cv-01106-JAM-DMC<br><br>**ORDER DISMISSING CASE** |

Based on the parties' stipulation, the Court finds good cause and **DISMISSES** the action in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2023            /s/ John A. Mendez
                                                         ─────────────────────────────
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         SENIOR UNITED STATES DISTRICT JUDGE